IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

| | | |
|---|---|---|
| DANIEL DERON JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 07-PT-1067-NE |
| | ) | |
| BILLY MITCHEM, Warden; | ) | |
| ATTORNEY GENERAL FOR THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on April 23, 2009 recommending that the petition for writ of habeas corpus be denied. On May 7, 2009 petitioner's motion for extension of time to file objections was granted until June 1, 2009. On May 11, 2009 and May 21, 2009 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 5th day of June, 2009.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**